United States Bankruptcy Court
Eastern District of Michigan
Southern Division

In re:
Audrey Thomas,
        Debtor.
_____/

Case No. 11-43786-R
Chapter 13

Audrey Thomas,
        Plaintiff,

v.

Adv. No. 11-5227

Citimortgage, Inc.,
        Defendant.
_____/

<u>Order Granting Defendant's Motion to Dismiss Adversary Proceeding</u>

For the reasons set forth in the Court's opinion entered today, Citimortgage's motion to dismiss the adversary proceeding is granted.

It is so ordered.

**Signed on October 03, 2011**

                                                                **/s/ Steven Rhodes**
                                                                **Steven Rhodes**
                                                                **United States Bankruptcy Judge**